B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shoemake, Larry Stephen** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Shoemake, Megan Leanne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4083** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1932 Fairway Circle Drive<br>San Marcos, CA**<br>ZIP Code **92078** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1932 Fairway Circle Drive<br>San Marcos, CA**<br>ZIP Code **92078** |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business:<br>**San Diego** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shoemake, Larry Stephen**<br>**Shoemake, Megan Leanne** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <u>/s/ J. Edward Switzer, Jr.</u>                <b>June 30, 2014</b><br>Signature of Attorney for Debtor(s)          (Date)<br><b>J. Edward Switzer, Jr. 73922</b></td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <div align="center">_____<br>(Name of landlord that obtained judgment)</div> |
| <div align="center">_____<br>(Address of landlord)</div> |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                           Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shoemake, Larry Stephen**<br>**Shoemake, Megan Leanne** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Larry Stephen Shoemake**
_____
Signature of Debtor **Larry Stephen Shoemake**

X **/s/ Megan Leanne Shoemake**
_____
Signature of Joint Debtor **Megan Leanne Shoemake**

_____
Telephone Number (If not represented by attorney)

**June 30, 2014**
_____
Date

### Signature of Attorney*

X **/s/ J. Edward Switzer, Jr.**
_____
Signature of Attorney for Debtor(s)

**J. Edward Switzer, Jr. 73922**
_____
Printed Name of Attorney for Debtor(s)

**Switzer Law Office**
_____
Firm Name

**440 Civic Center Drive, Suite 102**
**Vista, CA 92084-6144**

_____
Address

**760-758-2960  Fax: 760-758-5530**
_____
Telephone Number

**June 30, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake**
       **Megan Leanne Shoemake**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Larry Stephen Shoemake**
                       **Larry Stephen Shoemake**

Date:  **June 30, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake**
       **Megan Leanne Shoemake**

                     Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                  Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Megan Leanne Shoemake**
                          **Megan Leanne Shoemake**

Date:    **June 30, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Southern District of California

In re      **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
                                    Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 100.00 | | |
| B - Personal Property | Yes | 4 | 800,319.13 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 46,713.54 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 4,688,514.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,375.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,720.94 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 800,419.13 | | |
| Total Liabilities | | | | 4,735,227.74 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake,**
     **Megan Leanne Shoemake**

Case No. _____

                                           ,

Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 6,443.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 6,443.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 12) | 4,375.16 |
| Average Expenses (from Schedule J, Line 22) | 4,720.94 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,286.70 |

**State the following:**

| | | |
|---|---|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 46,613.54 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 4,688,514.20 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 4,735,127.74 |

B6A (Official Form 6A) (12/07)

.

In re    **Larry Stephen Shoemake,**                                          Case No. _____
         **Megan Leanne Shoemake**
                                                                    ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8 vacant acres [unmarketable]**<br>**Parcel #:  306-47-204D1**<br>**Crossroads Ranch Ph V AMND LS 41/85 an**<br>**irregular parcel, PTN PCL 119; NW4 Being NW COR**<br>**PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC**<br>**Location:  Arizona** | **Fee Simple** | **C** | 0.00 | 21,937.51 |
| **Undivided 1/1102nd Time share interest**<br>**Apt. No: 626 Pahio at Bali Hai Villas**<br>**Location:  Hawaii** | **Fee Simple** | **C** | 100.00 | 24,776.03 |

|  | Sub-Total > | **100.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **100.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**
_____,
Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Premier Checking:  2091**<br>**Location:  JP Morgan Chase Bank, NA** | C | 36.28 |
| | | **Chase Plus Savings:  9779**<br>**Location:  JP Morgan Chase Bank, NA** | C | 3.00 |
| | | **Chase Plus Savings:  3718**<br>**Location:  JP Morgan Chase Bank, NA** | C | 1.23 |
| | | **Checking Account:  0165**<br>**Location:  Chase Bank** | C | 261.52 |
| | | **Joint Checking:  3989**<br>**Location:  Chase Bank** | C | 115.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods & Furnishings**<br>**Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C | 670.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel**<br>**Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C | 400.00 |
| 7. Furs and jewelry. | | **Wedding rings**<br>**Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C | 250.00 |

Sub-Total >     **1,737.88**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
      **Megan Leanne Shoemake**

Case No. _____

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | **Jewelry** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | **C** | **200.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance** **Policy Ending in: 0356** **Location:  AAA Life Insurance Company** | **C** | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **JP Morgan Chase 401 K** **Location:  JP Morgan Retirement Plan Services** | **C** | **40,490.98** |
| | | | **Individual Retirement Account:  0261** **Location:  Chase Bank** | **C** | **0.01** |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Acct: 2208: Shares: 23.47 @ 46.41 Pr Share** **Location:   Computer Share Trust Company NA** | **C** | **1,100.60** |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          **41,791.59**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**　　　　　　　　　　　　　　Case No. _____
　　　　**Megan Leanne Shoemake**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Leonard & Georgia McGee Location:  647Fiesta Lane; Prescott, AZ 86303** | C | 219,667.63 |
| | | **Claim Against Tyrone & Angela Sell Location:  539 Lodge Trail Circle; Prescott AZ 86301** | C | 188,054.66 |
| | | **Claim against Jenn & Donna Tanzi Location:  1400 Northridge Drive; Prescott, AZ 86301** | C | 183,124.90 |
| | | **Claim Against Chris & Lonette Kissel Location: 118 E. Carelton Street Prescott, AZ 86303 or 526 Lotus Court, Prescott, AZ 86301** | C | 113,119.47 |
| | | **Claim Against Melvin & Donna Sumner Location:  914 E. Gurly Street, Prescott, AZ 86301 or 122 E. Soaring Avenue, Prescott, AZ 86301** | C | 49,116.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 BMW 528i, in fair condition 214,000 miles Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C | 2,071.00 |

|  | Sub-Total > | 755,153.66 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Larry Stephen Shoemake,**                                            Case No. _____
        **Megan Leanne Shoemake**
                                                        ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2001 Dodge Durango, in fair condition, 160,000 miles** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | **C** | 1,636.00 |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  | Sub-Total > | **1,636.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **800,319.13** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Larry Stephen Shoemake,**                    Case No. _____
**Megan Leanne Shoemake**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Premier Checking:  2091** **Location:  JP Morgan Chase Bank, NA** | C.C.P. § 703.140(b)(5) | 36.28 | 36.28 |
| **Chase Plus Savings:  9779** **Location:  JP Morgan Chase Bank, NA** | C.C.P. § 703.140(b)(5) | 3.00 | 3.00 |
| **Chase Plus Savings:  3718** **Location:  JP Morgan Chase Bank, NA** | C.C.P. § 703.140(b)(5) | 1.23 | 1.23 |
| **Checking Account:  0165** **Location:  Chase Bank** | C.C.P. § 703.140(b)(5) | 261.52 | 261.52 |
| **Joint Checking:  3989** **Location:  Chase Bank** | C.C.P. § 703.140(b)(5) | 115.85 | 115.85 |
| **Household Goods and Furnishings** | | | |
| **Household goods & Furnishings** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C.C.P. § 703.140(b)(3) | 670.00 | 670.00 |
| **Wearing Apparel** | | | |
| **Wearing apparel** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| **Wedding rings** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C.C.P. § 703.140(b)(4) | 250.00 | 250.00 |
| **Jewelry** **Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | C.C.P. § 703.140(b)(4) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance** **Policy Ending in: 0356** **Location:  AAA Life Insurance Company** | C.C.P. § 703.140(b)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **JP Morgan Chase 401 K** **Location:  JP Morgan Retirement Plan Services** | 11 U.S.C. § 522(b)(3)(C) | 40,490.98 | 40,490.98 |
| **Individual Retirement Account:  0261** **Location:  Chase Bank** | 11 U.S.C. § 522(b)(3)(C) | 0.01 | 0.01 |
| **Stock and Interests in Businesses** | | | |
| **Acct: 2208: Shares: 23.47 @ 46.41 Pr Share** **Location:   Computer Share Trust Company NA** | C.C.P. § 703.140(b)(5) | 1,100.60 | 1,100.60 |

____1____  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Larry Stephen Shoemake,**
　　　**Megan Leanne Shoemake,**

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 BMW 528i, in fair condition 214,000 miles**<br>**Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | **C.C.P. § 703.140(b)(2)** | **2,071.00** | **2,071.00** |
| **2001 Dodge Durango, in fair condition, 160,000 miles**<br>**Location: 1932 Fairway Circle Drive, San Marcos CA 92078** | **C.C.P. § 703.140(b)(2)** | **1,636.00** | **1,636.00** |
| | Total: | **47,236.47** | **47,236.47** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Larry Stephen Shoemake,**          Case No. _____
     **Megan Leanne Shoemake**
_____,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 5/4/2007 | | | | | |
| **Bali Hai Villas Ltd Partners**<br>**8427 South Park Circle**<br>**Suite 500**<br>**Orlando, FL 32819** | | C | **Purchase Money**<br><br>**Undivided 1/1102nd Time share interest**<br>**Apt. No: 626 Pahio at Bali Hai Villas**<br>**Location:  Hawaii** | | | | | |
| | | | Value $              **100.00** | | | | **24,776.03** | **24,676.03** |
| Account No. **1150706497** | | | | | | | | |
| **Wyndham Vacation Resorts**<br>**PO Box 98940**<br>**Las Vegas, NV 89193-8940** | | | **Representing:**<br>**Bali Hai Villas Ltd Partners** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Wyndham Vacations**<br>**10750 W Charleston**<br>**Las Vegas, NV 89135** | | | **Representing:**<br>**Bali Hai Villas Ltd Partners** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **Tax Lien**<br>**8 vacant acres [unmarketable]** | | | | | |
| **City of Prescott**<br>**Legal Department**<br>**221 S. Cortez**<br>**Prescott, AZ 86303** | | C | **Parcel #:  306-47-204D1**<br> **Crossroads Ranch Ph V AMND LS 41/85**<br>**an irregular parcel, PTN PCL 119; NW4**<br>**Being NW COR PCL 119, PER LS 41/85**<br>**35-17-3W CONT 25.23AC**<br>**Location:  Arizona** | | | | | |
| | | | Value $               **0.00** | | | | **12,870.48** | **12,870.48** |

  **1**   continuation sheets attached

                           Subtotal          **37,646.51**      **37,546.51**
                   (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Larry Stephen Shoemake,**
         **Megan Leanne Shoemake**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxx #119C** | | | | | **07/2009 Assessment Lien 8 vacant acres [unmarketable] Parcel #:  306-47-204D1  Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel, PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC** | | | | | |
| **Crossroads Ranch II Property Owners Association 15407 N. Crossroads Ranch Road Prescott, AZ 86305** | | | | C | | | | | | |
| | | | | | Value $                          **0.00** | | | | **4,756.67** | **4,756.67** |
| Account No. | | | | | | | | | | |
| **Atkinson Law Office 1550 West Plaza Drive Suite 400 Prescott, AZ 86303** | | | | | **Representing: Crossroads Ranch II** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **James H. Hazelwood & Kellie J. Callahan 1400 E. Southern Ave. #400 Tempe, AZ 85282** | | | | | **Representing: Crossroads Ranch II** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxx-xx-x04D1** | | | | | **Tax Years: 2010, 2011 &2013 Property Tax 8 vacant acres [unmarketable] Parcel #:  306-47-204D1  Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel, PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC** | | | | | |
| **Yavapai County Treasurer 1015 Fair Street Prescott, AZ 86305** | | | | C | | | | | | |
| | | | | | Value $                          **0.00** | | | | **4,310.36** | **4,310.36** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **9,067.03** | **9,067.03** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **46,713.54** | **46,613.54** |

B6E (Official Form 6E) (4/13)

In re   **Larry Stephen Shoemake,**                                                    Case No. _____
        **Megan Leanne Shoemake**
                                                                        ,
_____
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Larry Stephen Shoemake,**
         **Megan Leanne Shoemake**                                                           Case No. _____

_____ ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A&E Reprographics** **1030 Sandretto Drive Suite F** **Prescott, AZ 86305** | C | | 05/2008 **Services - Hayden Zane Construction** | | | | 175.94 |
| Account No. **Advanced Insulation** **6952 NW Grand Avenue** **Glendale, AZ 85301** | C | | 12/2008 **Services** | | | | 11,446.60 |
| Account No. **Advanced Insulation Inc.** **PO Box 1351** **Prescott, AZ 86302** | | | **Representing:** **Advanced Insulation** | | | | Notice Only |
| Account No. **Alfonso Trujillo & Assoc. PLLC** **1859 N. Rosemont** **Mesa, AZ 85205** | | | **Representing:** **Advanced Insulation** | | | | Notice Only |

  __33__   continuation sheets attached

                                                                     Subtotal
                                                              (Total of this page)              **11,622.54**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                S/N:39104-140602    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Stephen Shoemake,**
         **Megan Leanne Shoemake**                                          Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6999**  <br><br>**Allen & Associates**  <br>**147 Willis Avenue**  <br>**Mineola, NY 11501** | | W | **Collecting for Premier Merchant Processing** | | | | **90,345.00** |
| Account No. **xxxxx37N1**  <br><br>**Allied Collection Services**  <br>**8550 Balboa Blvd.**  <br>**Suite 232**  <br>**Northridge, CA 91325** | | H | **Opened 12/01/12**  <br>**Collecting for Nutribullet LLC** | | | | **73.00** |
| Account No. **2619**  <br><br>**American Agencies of CA LLC**  <br>**721 North 530 East**  <br>**Orem, UT 84097** | | C | **08/2008**  <br>**Collecting for Contractors Termite & Pest Control** | | | | **707.00** |
| Account No. **xxxxxxxxxxxxx8851**  <br><br>**American Express**  <br>**PO Box 3001**  <br>**16 General Warren Blvd.**  <br>**Malvern, PA 19355** | | C | **Opened 6/01/01  Last Active 7/01/05**  <br>**Credit Card - Prescott Desing Source Inc.** | | | | **317,033.36** |
| Account No.  <br><br>**Adorno & Yoss LLP**  <br>**1625 South Congress Avenue**  <br>**Suite 300**  <br>**Delray Beach, FL 33445** | | | **Representing:**  <br>**American Express** | | | | **Notice Only** |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **408,158.36** |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
       **Megan Leanne Shoemake**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **80257997** <br><br> **ARSI** <br> **555 St. Charles Drive** <br> **Suite 100** <br> **Thousand Oaks, CA 91360** | | | Representing: <br> American Express | | | | **Notice Only** |
| Account No. <br><br> **Amerigas** <br> **460 North Gulph Road** <br> **King of Prussia, PA 19406** | C | | 2008 <br> Services provided | | | | **630.15** |
| Account No. <br><br> **Arizona Home Centers** <br> **676 N. 6th Street** <br> **Prescott, AZ 86301** | C | | 04/2008 <br> Services provided to Hayden Zane Construction | | | | **14,675.00** |
| Account No. **258441** <br><br> **American Commercial Credit Svc** <br> **ACCS** <br> **PO Box 11310** <br> **Phoenix, AZ 85061-1310** | | | Representing: <br> Arizona Home Centers | | | | **Notice Only** |
| Account No. <br><br> **Arizona State University** <br> **PO Box 870303** <br> **Tempe, AZ 85287-0303** | C | | Tuition | | | | **979.00** |

Sheet no. __2__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,284.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
        **Megan Leanne Shoemake**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5721** <br><br> **Aspen Collections** <br> **PO Box 5129** <br> **Spring Hill, FL 34611** | C | | **Collecting for Pahio At Bali Interval OA** | | | | **4,191.00** |
| Account No. <br><br> **Aspen National Collections LLC** <br> **18110 Powell Road** <br> **Brooksville, FL 34604** | | | **Representing:** <br> **Aspen Collections** | | | | **Notice Only** |
| Account No. <br><br> **ATI** <br> **23175 N. 23rd Avenue** <br> **Phoenix, AZ 85027** | C | | **3/2009** <br> **Services - Hayden Zane Construction** | | | | **7,695.19** |
| Account No. <br><br> **Michael J. Fuller** <br> **3030 North Third Street** <br> **Suite 200** <br> **Phoenix, AZ 85012** | | | **Representing:** <br> **ATI** | | | | **Notice Only** |
| Account No. <br><br> **Stephen D. Burton & Assoc.** <br> **5450 East Fifth Street** <br> **Tucson, AZ 85711** | | | **Representing:** <br> **ATI** | | | | **Notice Only** |

Sheet no. __**3**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,886.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
     **Megan Leanne Shoemake**

_____,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Avon Plastics Inc.** <br> **1 Mastermark Drive** <br> **Albany, MN 56307** | C | | | **10/2008** <br> **Services - Prescott Design Source Inc.** | | | | **32,907.37** |
| Account No. **157616 000346065** <br><br> **Euler Hermes UMA** <br> **369 Pine Street** <br> **Suite 410** <br> **San Francisco, CA 94104-3310** | | | | **Representing:** <br> **Avon Plastics Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Gurstel Staloch & Chargo PA** <br> **64 E Broadway Road** <br> **Suite 255** <br> **Tempe, AZ 85282** | | | | **Representing:** <br> **Avon Plastics Inc.** | | | | **Notice Only** |
| Account No. **xx5608** <br><br> **B & W Fire Security Systems** <br> **8737 E. Florentine Road** <br> **Prescott Valley, AZ 86314** | C | | | **09/2009** <br> **Services provided to Hayden Zane Construction** | | | | **18,023.08** |
| Account No. <br><br> **Gregory G. McGill PC** <br> **Scottsdale Collection Services** <br> **2501 W Dunlap Ave., Ste. 240** <br> **Phoenix, AZ 85021-2726** | | | | **Representing:** <br> **B & W Fire Security Systems** | | | | **Notice Only** |

Sheet no. __4___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,930.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ballard Truss** <br> **3600 N. Highway 77** <br> **Snowflake, AZ 85937** | C | | **Services provided** | | | | **9,000.00** |
| Account No. **xxxx-xxxx-xxxx-4015** <br><br> **Bank of America** <br> **4060 Ogletown/Stanton Rd** <br> **Newark, DE 19713** | C | | **07/2008** <br> **Credit card purchases- Hayden Zane Construction** | | | | **10,732.85** |
| Account No. **Sholar** <br><br> **Barrett Propane** <br> **1555 W. Iron Springs Road** <br> **Suite 5** <br> **Prescott, AZ 86305** | C | | **10/2008** <br> **Propane** | | | | **699.16** |
| Account No. <br><br> **Bella Construction** <br> **PO Box 12904** <br> **Prescott, AZ 86304** | C | | **08/2008** <br> **Supervision fee -Hayden Zane Construction** | | | | **23,000.00** |
| Account No. <br><br> **Best Buy** <br> **7601 Penn Avenue South** <br> **Minneapolis, MN 55423** | C | | **2008** <br> **Credit Card purchases** | | | | **2,912.29** |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **46,344.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Brennan Aire Inc**<br>**8280 E Long Mesa Drive**<br>**Prescott Valley, AZ 86314** | C | | | Judgment | | | | 0.00 |
| Account No.<br><br>**Bruce & Kathleen Benson**<br>**1046 Vantage Point Circle**<br>**Prescott, AZ 86301** | C | | | Investor | | | | 175,000.00 |
| Account No. xxx9402<br><br>**Bureau of Medical Economics**<br>**326 E. Coronado Road**<br>**Suite 205**<br>**Phoenix, AZ 85004** | | H | | Opened 6/01/08<br>Collecting for Medical Services of Prescott | | | | 595.00 |
| Account No. xxx3190<br><br>**Bureau of Medical Economics**<br>**326 E. Coronado Road**<br>**Suite 205**<br>**Phoenix, AZ 85004** | | H | | Opened 9/01/09<br>Collecting for Southwest Diagnostic Imaging LTD | | | | 124.00 |
| Account No.<br><br>**Buzz & Karen Graziani**<br>**22106 East Chestnut Place**<br>**Aurora, CO 80016** | C | | | Investor | | | | 75,000.00 |

Sheet no. **6** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

250,719.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
     **Megan Leanne Shoemake**
_____,
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x9603** <br><br> **C&R Trucking** <br> **PO Box 1463** <br> **Chino Valley, AZ 86323** | | C | | **05/2008** <br> **Deliveries - Hayden Zane Construction** | | | | **1,465.57** |
| Account No. <br><br> **Cable One** <br> **1314 N. 3rd Street** <br> **Phoenix, AZ 85004** | | C | | **3/3/2009** <br> **Cable services** | | | | **661.56** |
| Account No. **xxxxx4901** <br><br> **California Business Bureau** <br> **Attn: Bankruptcy** <br> **PO Box 5010** <br> **Monrovia, CA 91017** | | H | | **Opened 11/01/11** <br> **Collecting for Scripps Health - Encinitas** | | | | **964.00** |
| Account No. **xxxxx9601** <br><br> **California Business Bureau** <br> **Attn: Bankruptcy** <br> **PO Box 5010** <br> **Monrovia, CA 91017** | | H | | **Opened  8/01/11** <br> **Collecting for Scripps Clinic** | | | | **421.00** |
| Account No. **xxxxx9602** <br><br> **California Business Bureau** <br> **Attn: Bankruptcy** <br> **PO Box 5010** <br> **Monrovia, CA 91017** | | H | | **Opened  7/01/12** <br> **Collecting for Scripps Clinic** | | | | **51.00** |

Sheet no. __**7**___ of __**33**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,563.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**      Case No. _____
 **Megan Leanne Shoemake**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx5442<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 9/01/12 Last Active 4/5/2014**<br>**Credit Card** | | | | 3,491.00 |
| Account No. xxx6226<br><br>**Capital Managment Services LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | C | **05/2012**<br>**Collecting for Fortis Capital LLC - HSBC**<br>**PLCC/Best Buy** | | | | 2,912.29 |
| Account No.<br><br>**Carpenter Hazlewood**<br>**1400 East Southern Avenue**<br>**Suite 400**<br>**Tempe, AZ 85282-5691** | | C | **07/2010**<br>**Collecting for Hassayampa Community**<br>**Homeowners Association** | | | | 646.06 |
| Account No. xxx9115<br><br>**CAT Financial**<br>**Caterpillar Financial Services**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | | C | **05/2008**<br>**Contract** | | | | 109,767.28 |
| Account No.<br><br>**Cedar Supply Company, dba**<br>**Rocky Mountain Forest Products**<br>**11722 W. 44th Avenue**<br>**Wheat Ridge, CO 80033** | | C | **072008**<br>**Judgment** | | | | 26,979.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     143,795.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
　　　**Megan Leanne Shoemake**                                           Case No. _____

_____,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Favour Moore & Wilhelmsen PA**<br>**PO Box 1391**<br>**Prescott, AZ 86302** | | | **Representing:**<br>**Cedar Supply Company, dba** | | | | **Notice Only** |
| Account No.<br><br>**Cen-Vac Systems**<br>**345 N. Washington Avenue**<br>**Prescott, AZ 86301** | C | | **05/2008**<br>**Services - Hayden Zane Construction** | | | | **12,175.35** |
| Account No. xxxxxxxx9667<br><br>**Chase**<br>**Attn: Bankrutpcy Department**<br>**PO Box 10587**<br>**Greenville, SC 29603** | C | | **Opened  5/01/03  Last Active  3/01/04**<br>**Credit Line Secured** | | | | **0.00** |
| Account No. xxxxxx2548<br><br>**Citizens Bank**<br>**Attn: Bankruptcy Dept**<br>**443 Jefferson Blvd. MS RJW-135**<br>**Warwick, RI 02886** | H | | **Opened 10/01/04  Last Active 12/23/05**<br>**Recreational** | | | | **0.00** |
| Account No. xxxx-xx800-0<br><br>**City of Prescott**<br>**PO Box 2059**<br>**Prescott, AZ 86302-2059** | C | | **08/2008**<br>**Utilities** | | | | **159.75** |

Sheet no. __9___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**12,335.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**       Case No. _____
**Megan Leanne Shoemake**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**City of Prescott** <br>**201 S Cortez** <br>**PO Box 2077** <br>**Prescott, AZ 86302** | | | Representing: <br>City of Prescott | | | | **Notice Only** |
| Account No. **xxx1640** <br><br>**City of Prescott** <br>**Sale Tax Dept.** <br>**PO Box 2077** <br>**Prescott, AZ 86302-2077** | C | | Tax | | | | **94,735.87** |
| Account No. **xxx6297** <br><br>**City of Prescott** <br>**Sale Tax Dept.** <br>**PO Box 2077** <br>**Prescott, AZ 86302-2077** | C | | 12/2010 <br>Tax | | | | **12,895.48** |
| Account No. **xxxxxx8015** <br><br>**CMRE Financial Services** <br>**3075 Imperial Hwy #200** <br>**Brea, CA 92821-6753** | C | | 3/11/2014 <br>Collecting for Oral Path Diagnostics | | | | **294.08** |
| Account No. <br><br>**Coast Professional Inc.** <br>**PO Box 2876** <br>**West Monroe, LA 71294-9945** | C | | Collecting for Arizona State University | | | | **979.00** |

Sheet no. __**10**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **108,904.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 04/2008 Services - Hayden Zane Construction | | | | |
| Colombo Waterproofing & Rubber PO Box 3123 Prescott, AZ 86302 | C | | | | | | | 7,800.00 |
| Account No. **xxx672-0** | | | | 09/2008 Insurance | | | | |
| Colorado Casualty PO Box 85830 San Diego, CA 92186-5830 | C | | | | | | | 233.00 |
| Account No. **x0813** | | | | 06/2008 Services - Hayden Zane Construction | | | | |
| Conn Pest Control PO Box 26447 Prescott Valley, AZ 86312 | C | | | | | | | 1,116.00 |
| Account No. **xx8135** | | | | Collecting for Pure Fitness Carlsbad | | | | |
| Conrad Credit Corporation Attn:Bankruptcy Dept 476 W Vermont Avenue Escondido, CA 92025 | H | | | | | | | 1,214.00 |
| Account No. | | | | 8/5/2008 Services provided | | | | |
| Contractors Termite PO Box 12469 Prescott, AZ 86304 | C | | | | | | | 2,581.00 |

Sheet no. _**11**_ of _**33**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **12,944.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Stephen Shoemake,**
       **Megan Leanne Shoemake**                                         Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx #: xxx-0413**<br><br>**Creative Outdoor LLC**<br>**302 Willis Street**<br>**Suite 107**<br>**Prescott, AZ 86301** | | C | 02/21/2009<br>**Services provided to Hayden Zane Construction** | | | | 19,385.00 |
| Account No.<br><br>**Mark N. Goodman**<br>**Goodman Law Firm**<br>**PO Box 2489**<br>**Prescott, AZ 86302-2489** | | | Representing:<br>**Creative Outdoor LLC** | | | | Notice Only |
| Account No.<br><br>**Creative Touch Interiors**<br>**1720 E Grant Street**<br>**Scottsdale, AZ 85254** | | C | 08/2007<br>**Services provided to Hayden Zane Construction** | | | | 180,565.94 |
| Account No.<br><br>**Michael W. Wright, Esq.**<br>**for Creative Touch Interiors**<br>**7047 E Greenway Pkwy #155**<br>**Scottsdale, AZ 85254** | | | Representing:<br>**Creative Touch Interiors** | | | | Notice Only |
| Account No. **xxxxxx8792**<br><br>**Credit Management LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007-1906** | | C | 3/3/2009<br>**Collecting for Cable One** | | | | 661.56 |

Sheet no. **_12_** of **_33_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **200,612.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**  Case No. _____
**Megan Leanne Shoemake**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Personal loan | | | | |
| Darcy Howard 160 Juniper Ridge Drive Prescott, AZ 86301 | C | | | | | | | 125,000.00 |
| Account No. | | | | Representing: Darcy Howard | | | | |
| Becky Howard 160 Juniper Ridge Drive Prescott, AZ 86301 | | | | | | | | Notice Only |
| Account No. | | | | Investor | | | | |
| Darko Baricevic 1926 E. Cactus Wren Phoenix, AZ 85020 | C | | | | | | | 600,000.00 |
| Account No. | | | | Investor | | | | |
| David Griffin 5540 W. Irma Lane Glendale, AZ 85306 | C | | | | | | | 150,000.00 |
| Account No. **x8200** | | | | 1/2009 Services provided | | | | |
| David Stocking CPA Ltd. 5080 North 40th Street Suite 275 Phoenix, AZ 85018 | C | | | | | | | 10,358.13 |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**885,358.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
     **Megan Leanne Shoemake**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x2871**<br><br>**David Stocking CPA Ltd.**<br>**5080 North 40th Street**<br>**Suite 275**<br>**Phoenix, AZ 85018** | C | | | **01/2007**<br>**Services provided** | | | | 900.00 |
| Account No. **x6646**<br><br>**David Stocking CPA Ltd.**<br>**5080 North 40th Street**<br>**Suite 275**<br>**Phoenix, AZ 85018** | C | | | **01/2006-2007**<br>**Services provided** | | | | 1,550.00 |
| Account No. **xxxxxx9638**<br><br>**Dex**<br>**3190 S. Vaughn Way 6 North**<br>**Aurora, CO 80014** | C | | | **04/2008**<br>**Advertising - Prescott Design Source** | | | | 12,361.50 |
| Account No.<br><br>**Dorothy Sutton**<br>**8388 N. 97th Avenue**<br>**Peoria, AZ 85345** | C | | | **Investor** | | | | 240,000.00 |
| Account No.<br><br>**Engineering & Testing Consult**<br>**417 N. Arizona Street**<br>**Prescott, AZ 86301** | C | | | **09/2007**<br>**Services provided to Hayden Zane Construction** | | | | 2,973.67 |

Sheet no. __**14**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    257,785.17

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Eric & Sons Inc.** <br>**PO Box 11475** <br>**Prescott, AZ 86304** | C | | **02/2008-06/2008** <br>**Services** | | | | 8,415.00 |
| Account No. **x4900** <br><br>**Escondido Dermatology** <br>**504 W Mission Ave #101** <br>**Escondido, CA 92025** | C | | **Medical services** | | | | 81.06 |
| Account No. **89709** <br><br>**TSC Accounts Receivable Sol.** <br>**2701 Loker Avenue West** <br>**Suite 270** <br>**Carlsbad, CA 92010** | | | **Representing:** <br>**Escondido Dermatology** | | | | Notice Only |
| Account No. <br><br>**Estancia De Prescott Phase I** <br>**3205 Lakeside Village Drive** <br>**Prescott, AZ 86301** | C | | **HOA Lien** | | | | 0.00 |
| Account No. **xxxxxxx4142** <br><br>**Fairshare Plus by Wyndham** <br>**PO Box 98940** <br>**Las Vegas, NV 89193-8940** | C | | **03/2009** <br>**Time share account** | | | | 580.37 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,076.43

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
      **Megan Leanne Shoemake**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxx0002**<br><br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA 17106** | | H | | **Opened 10/01/11  Last Active 12/31/13**<br>**Student loan** | | | | **4,083.00** |
| Account No. **xxxxxxxxxxxxx0001**<br><br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA 17106** | | H | | **Opened 10/01/11  Last Active 12/31/13**<br>**Student loan** | | | | **2,360.00** |
| Account No.<br><br>**FIA Card Services**<br>**1100 North King Street**<br>**Wilmington, DE 19801** | C | | | **2008**<br>**Credit card purchases** | | | | **464.00** |
| Account No.<br><br>**Floorworks**<br>**6321 Emporer Drive**<br>**Suite 201**<br>**Orlando, FL 32809** | C | | | **6/22/2009**<br>**Services provided** | | | | **12,947.00** |
| Account No.<br><br>**Floorworks**<br>**3100 Cumberland Blvd.**<br>**Suite 1700**<br>**Atlanta, GA 30339** | | | | **Representing:**<br>**Floorworks** | | | | **Notice Only** |

Sheet no. __**16**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,854.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fortis Capital**<br>**401 Edwards Street**<br>**Shreveport, LA 71101** | C | | **2/8/2010**<br>**Line of credit** | | | | **3,234.64** |
| Account No.<br><br>**Frank J. McGuire Trust; PMB 38**<br>**Kurt Tittleback, Trustee**<br>**4727 E. Bell Road, Suite 45**<br>**Phoenix, AZ 85032** | C | | **Office Rent** | | | | **2,500.00** |
| Account No. **xxxx0348**<br><br>**Frost Structural Engineering**<br>**2100 Centerpointe West Drive**<br>**Prescott, AZ 86301** | C | | **06/2008**<br>**Services provided** | | | | **225.66** |
| Account No. **xxxx #: xxx-0450**<br><br>**Gale Insulation**<br>**11582 E Santa Fe Loop**<br>**Suite B**<br>**Prescott, AZ 86305** | C | | **08/14/2009**<br>**Services provided to Hayden Zane Construction** | | | | **6,610.00** |
| Account No.<br><br>**Gale Insulation**<br>**260 Jimmy Ann Drive**<br>**Daytona Beach, FL 32114** | | | **Representing:**<br>**Gale Insulation** | | | | **Notice Only** |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,570.30**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx #:  xxx-0449**<br><br>**Gale Insulation**<br>**11582 E Santa Fe Loop**<br>**Suite B**<br>**Prescott, AZ 86305** | C | | | 08/14/2009<br>**Services provided to Hayden Zane Construction** | | | | 2,464.00 |
| Account No. **xxxx #:  xxx-0451**<br><br>**Gale Insulation**<br>**11582 E Santa Fe Loop**<br>**Suite B**<br>**Prescott, AZ 86305** | C | | | 08/14/2009<br>**Services provided to Hayden Zane Construction** | | | | 1,734.00 |
| Account No. **xxxxx7559**<br><br>**Gale Insulation**<br>**11582 E Santa Fe Loop**<br>**Suite B**<br>**Prescott, AZ 86305** | C | | | 01/25/2008<br>**Services provided to Hayden Zane Construction** | | | | 13,509.00 |
| Account No.<br><br>**Masco Contractor Services**<br>**11610 E Santa Fe Loop**<br>**Dewey, AZ 86327** | | | | **Representing:**<br>**Gale Insulation** | | | | Notice Only |
| Account No. **xxxx3531**<br><br>**General Revenue Corp**<br>**4660 Duke Drive**<br>**Mason, OH 45040** | H | | | Opened  4/01/13<br>**Collecting for Arizona State University** | | | | 979.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,686.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
    **Megan Leanne Shoemake**
Case No. _____

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Get Paid Arizona Inc.**<br>**PO Box 22001**<br>**Mesa, AZ 85208** | C | | **07/2008**<br>**Collecting for Colombo Waterproofing and Rubber Coating LLC** | | | | 8,375.76 |
| Account No.<br><br>**GEXPRO**<br>**1000 Bridgeport Avenue**<br>**Shelton, CT 06484** | C | | Services provided | | | | 7,695.00 |
| Account No. **x2693**<br><br>**Gurstel Staloch & Chargo PA**<br>**64 E Broadway Road, Suite 255**<br>**Tempe, AZ 85282** | C | | **02/2010**<br>**Collecting for Foris Capital LLC** | | | | 3,234.64 |
| Account No.<br><br>**Hanson Aggregates of AZ Inc.**<br>**44605 US Highway 60 89**<br>**Wickenburg, AZ 85390** | C | | Judgment | | | | 0.00 |
| Account No.<br><br>**Hassayampa Community HOA**<br>**PO Box 10000**<br>**Prescott, AZ 86304** | C | | HOA Lien | | | | 0.00 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **19,305.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0238**<br><br>**Hassayampa Golf Club**<br>**2060 Golf Club Lane**<br>**Prescott, AZ 86303** | C | | | **06/2010**<br>**Membership fees** | | | | **33,601.19** |
| Account No.<br><br>**HD Supply Inc.**<br>**3100 Cumberland Blvd.**<br>**Suite 1480**<br>**Atlanta, GA 30339** | C | | | **2008**<br>**Judgement** | | | | **45,000.00** |
| Account No.<br><br>**Buchalter Nemer**<br>**16435 N. Scottsdale Road**<br>**Suite 440**<br>**Scottsdale, AZ 85254-1754** | | | | Representing:<br>HD Supply Inc. | | | | **Notice Only** |
| Account No.<br><br>**Hughes Supply**<br>**3100 N. Highway 89**<br>**Prescott, AZ 86301** | | | | Representing:<br>HD Supply Inc. | | | | **Notice Only** |
| Account No.<br><br>**Hollins Law**<br>**2601 Main Street**<br>**Penthouse Suite 1300**<br>**Irvine, CA 92614-4239** | C | | | **03/25/2014**<br>**Attorney fees for Premier Merchant Processing** | | | | **800.00** |

Sheet no. **20** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,401.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
      **Megan Leanne Shoemake**
                                               ,
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit card purchases | | | | |
| **Household Finance Corp**<br>**26525 N. Riverwoods Blvd.**<br>**Lake Forest, IL 60045** | C | | | | | | 0.00 |
| Account No. | | | 04/2008-06/2008<br>**Attorney fees** | | | | |
| **James A. Simmons, Esq.**<br>**107 North Cortez**<br>**Suite 300**<br>**Prescott, AZ 86301** | C | | | | | | 543.60 |
| Account No. | | | 07/2008<br>**Employment fees** | | | | |
| **Jeff R. Ortega**<br>**21627 N. 55th Drive**<br>**Glendale, AZ 85308** | C | | | | | | 11,155.20 |
| Account No. | | | **Investor** | | | | |
| **Joyce Repp**<br>**5401 W. Dailey Street**<br>**Apt. 1063**<br>**Glendale, AZ 85306** | C | | | | | | 110,000.00 |
| Account No. | | | **Judgment** | | | | |
| **Kachina Roofing Inc.**<br>**3118 W. Thoas Road**<br>**Suite 722**<br>**Phoenix, AZ 85017** | C | | | | | | 0.00 |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,698.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
       **Megan Leanne Shoemake**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **597** <br><br> **Keith Smith Excavation LLC** <br> **8342 Long Mesa Drive** <br> **Suite C** <br> **Prescott Valley, AZ 86314** | C | | **07/2008** <br> **Excavation services** | | | | **6,872.75** |
| Account No. **xxxxxx55N1** <br><br> **Kenneth, Eisen & Associates** <br> **Attn: Bankruptcy** <br> **PO Box 7370** <br> **Phoenix, AZ 85011** | | H | **Opened 8/01/10** <br> **Collecting for John C Lincoln/ Deer Valley Hospital** | | | | **58.00** |
| Account No. **xxxx6298** <br><br> **LabCorp** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | C | | **12/2012** <br> **Lab tests** | | | | **13.71** |
| Account No. <br><br> **Lumber Products Inc.** <br> **c/o Coface Collections North** <br> **PO Box 8471** <br> **Metairie, LA 70011** | C | | **10/2009** <br> **Collections** | | | | **4,379.53** |
| Account No. <br><br> **M & I Marshall & Isley Bank** <br> **770 North Water Street** <br> **Milwaukee, WI 53202** | C | | **2009** <br> **Judgment** | | | | **220,507.00** |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **231,830.99**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
 **Megan Leanne Shoemake**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michael Bosco Jr., Trustee** <br>**2525 East Camelback Road** <br>**Suite 300** <br>**Phoenix, AZ 85016** | | | Representing: <br>**M & I Marshall & Isley Bank** | | | | **Notice Only** |
| Account No. **009775573** <br><br>**RGS Financial** <br>**PO Box 852039** <br>**Richardson, TX 75085-2039** | | | Representing: <br>**M & I Marshall & Isley Bank** | | | | **Notice Only** |
| Account No. <br><br>**Tiffany & Bosco** <br>**3rd Fl. Camelback Esplanade II** <br>**2525 East Camelback Road** <br>**Phoenix, AZ 85016-9240** | | | Representing: <br>**M & I Marshall & Isley Bank** | | | | **Notice Only** |
| Account No. <br><br>**Michael A. Macera** <br>**4001 N 3rd Street** <br>**Suite 480** <br>**Phoenix, AZ 85012** | C | | 06/2008 <br>**Personal Loan** | | | | **50,000.00** |
| Account No. **xxxxxx3206** <br><br>**Midland Funding** <br>**8875 Aero Drive** <br>**Suite 200** <br>**San Diego, CA 92123** | H | | Opened 11/01/10 <br>**Collecting for Household Financial** <br>**Corporation** | | | | **14,894.00** |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**64,894.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**        Case No. _____
         **Megan Leanne Shoemake**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx4581** | | | | 05/2008 Utilites | | | | |
| **Midvale Telephone Exchange Inc** PO Box 7 Midvale, ID 83645 | C | | | | | | | 33.10 |
| Account No. **xxxx20-99** | | | | 02/2008 Services - Hayden Zane Construction | | | | |
| **Mountain Top Plumbing** 977 Heather Lane Chino Valley, AZ 86323 | C | | | | | | | 20,138.54 |
| Account No. **xxx6305** | | | | 07/2012 Collecting for Arizona State University | | | | |
| **National Credit Management** PO Box 32900 Saint Louis, MO 63132-8900 | C | | | | | | | 879.00 |
| Account No. **xxxxxxxxxxx6098** | | | | Opened 6/01/13 Collecting for HSBC Bank Nevada, NA | | | | |
| **NCB Management Service** 1 Allied Drive Trevose, PA 19053 | H | | | | | | | 2,912.00 |
| Account No. **xxx5617** | | | | Collecting for Hughes Network Systems Inc. | | | | |
| **NCO Financial Systems Inc** Dept. 300 1804 Washington Blvd. Baltimore, MD 21230 | C | | | | | | | 36.77 |

Sheet no. __24__ of __33__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)      23,999.41

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Stephen Shoemake,**            Case No. _____
        **Megan Leanne Shoemake**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx #:  xxx-0500** <br><br> **Neumann High Country Doors** <br> **6313 E Copper Hill Drive** <br> **Prescott Valley, AZ 86314** | C | | 04/26/2009 <br> **Services provided to Hayden Zane Construction** | | | | 3,703.53 |
| Account No. **xxxxx2012** <br><br> **Northland Group Inc.** <br> **PO Box 390846** <br> **Minneapolis, MN 55439** | C | | 09/2013 <br> **Collecting for Pinnacle Credit Services LLC - Wells Fargo 8966** | | | | 27,604.93 |
| Account No. **x-x3805** <br><br> **Pahio at Bali Villas** <br> **Interval Owners Association** <br> **PO Box 29350** <br> **Honolulu, HI 96820-1750** | C | | 11/2010 <br> **Timeshare interval owners association** | | | | 1,251.32 |
| Account No. <br><br> **Patriot Disposal Inc.** <br> **PO Box 26296** <br> **Prescott Valley, AZ 86312** | C | | 08/2008 <br> **Services - Hayden Zane Construction** | | | | 1,146.48 |
| Account No. <br><br> **Paul Johnson Drywall Inc.** <br> **PO Box 4337** <br> **Prescott, AZ 86302** | C | | 01/2007-04/2008 <br> **Services - Hayden Zane Construction** | | | | 809.22 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **34,515.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Stephen Shoemake,**
         **Megan Leanne Shoemake**                                                Case No. _____
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7523**<br><br>**Phillips & Cohen Assoc. LLC**<br>**1002 Justison Street**<br>**Wilmington, DE 19801** | C | | **10/2008**<br>**Collecting for AmeriGas Propane LP** | | | | 630.15 |
| Account No.<br><br>**PHML, LLC**<br>**404 N. Central Avenue #950**<br>**Phoenix, AZ 85012** | C | | **3/18/2014**<br>**Judgment** | | | | 224,549.75 |
| Account No.<br><br>**Musgrove, Drutz & Kack PC**<br>**1135 W. Iron Spring Road**<br>**PO Box 2720**<br>**Prescott, AZ 86302-2720** | | | **Representing:**<br>**PHML, LLC** | | | | **Notice Only** |
| Account No. **xxx6724**<br><br>**Pinnacle Credit Service**<br>**Attn: Bankruptcy**<br>**PO Box 640**<br>**Hopkins, MN 55343** | W | | **Opened  6/01/12**<br>**Collecting for Wells Fargo Bank NA** | | | | 29,328.00 |
| Account No. **F98912012**<br><br>**Northland Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Pinnacle Credit Service** | | | | **Notice Only** |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

254,507.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Stephen Shoemake,**
         **Megan Leanne Shoemake**                                        Case No. _____
                                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | | |
| Account No. **xxxx2415** | | | | | **Opened 10/01/13 Collecting for Verizon Wireless** | | | | |
| **Pinnacle Credit Service Attn: Bankruptcy PO Box 640 Hopkins, MN 55343** | | H | | | | | | | 113.00 |
| Account No. | | | | | **05/2014 Judgment** | | | | |
| **Premier Merchant Processing 6851 Jericho Turnpike Suite 185 Syosset, NY 11791** | C | | | | | | | | 136,800.71 |
| Account No. | | | | | **Representing: Premier Merchant Processing** | | | | Notice Only |
| **Premier Merchant Processing 3601 Hempstead Turnpike Levittown, NY 11756** | | | | | | | | | |
| Account No. | | | | | **Fees** | | | | |
| **Prescott Lakes Golf & Country PO Box 4218 Prescott, AZ 86302** | C | | | | | | | | 1,929.88 |
| Account No. | | | | | **09/2008 Services - Hayden Zane Construction** | | | | |
| **Prescott Winnelson Co. 3221 Tower Road Prescott, AZ 86305** | C | | | | | | | | 26,158.86 |

Sheet no. __27__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    165,002.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
      **Megan Leanne Shoemake**
_____,
                                                Case No. _____
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Burt & Associates** **6700 Pinecrest Drive** **Suite 150** **Plano, TX 75024** | | | | Representing: **Prescott Winnelson Co.** | | | | **Notice Only** |
| Account No. **xxxxxx-x xxxxxxxxxxt LLC** | | C | | 12/2012 Collection | | | | |
| **Robert J. Colclough, III** **8550 Balboa Blvd.** **Suite 232** **Northridge, CA 91325** | | | | | | | | **72.79** |
| Account No. **xxxxx3276** | | C | | 5/29/12 Medical services | | | | |
| **Scripps Billing** **10666 N Torrey Pines Rd SV4** **La Jolla, CA 92037** | | | | | | | | **50.72** |
| Account No. **xxxxx9706** | | C | | 02/2011 Medical services | | | | |
| **Scripps Clinic** **Patient Financial Services** **10150 Sorrento Valley Rd. #200** **San Diego, CA 92121** | | | | | | | | **504.43** |
| Account No. | | | | | | | | |
| **Scripps Billing** **10666 N Torrey Pines Rd SV4** **La Jolla, CA 92037** | | | | Representing: **Scripps Clinic** | | | | **Notice Only** |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **627.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
     **Megan Leanne Shoemake**
                                            ,
                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4364 <br><br> **Sentry Credit Inc.** <br> **2809 Grand Avenue** <br> **Everett, WA 98201** | C | | **06/11/2009** <br> **Collecting for Household Beneficial Finance** | | | | 9,055.32 |
| Account No. <br><br> **Shoemake/Rodriguez** <br> **Estancia De Prescott** <br> **5875 W. Del Lego Circle** <br> **Glendale, AZ 85308** | C | | **Investor** | | | | 814,549.75 |
| Account No. xxxxxxxxxxxxx1101 <br><br> **Stuart Allan & Associates** <br> **5447 E 5th Street** <br> **Suite 110** <br> **Tucson, AZ 85711** | | H | **Opened 11/01/08** <br> **Collecting for RLI Insurance Co - Lic/Permit** | | | | 6,250.00 |
| Account No. 01961101 <br><br> **RLI Insurance Co** <br> **9025 North Lindbergh Drive** <br> **Peoria, IL 61615-1499** | | | **Representing:** <br> **Stuart Allan & Associates** | | | | Notice Only |
| Account No. <br><br> **Sun State Lumber/Truss** <br> **13550 W Peoria Avenue** <br> **Suite 2** <br> **Surprise, AZ 85379** | C | | **08/2008** <br> **Services - Hayden Zane Construction** | | | | 5,780.00 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

835,635.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Stephen Shoemake,**
**Megan Leanne Shoemake**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxx-xx05-PG** **The Cavanagh Law Firm** **1850 North Central Avenue** **Suite 2400** **Phoenix, AZ 85004** | C | | | | 03/2010 Attorney fees | | | | 18,979.61 |
| Account No. **The Towne Scribe** **222 South Montezuma** **Prescott, AZ 86303** | C | | | | 11/2007-08/2008 Services - Hayden Zane Construction & Development | | | | 320.10 |
| Account No. **Tom & Becky Giler** **1801 N. Arrowhead Drive** **Prescott, AZ 86305** | C | | | | Office lease | | | | 10,000.00 |
| Account No. **xxxxxxxxxxxx3-001** **Toyota Motor Credit Services** **PO Box 2730** **Mail Stop WF22** **Torrance, CA 90509-2730** | C | | | | 03/2009 Deficiency on surrendered vehicle | | | | 905.20 |
| Account No. **Central Credit Services Inc.** **PO Box 15118** **Jacksonville, FL 32239-5118** | | | | | Representing: **Toyota Motor Credit Services** | | | | Notice Only |

Sheet no. __**30**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,204.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
    **Megan Leanne Shoemake**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9709**<br><br>**TSC Accts Receivable Solutions**<br>**2103 S El Camino Real #201**<br>**Oceanside, CA 92054** | | H | **Opened  9/01/13**<br>**Collecting for Escondido Dermatology Inc.** | | | | **76.00** |
| Account No.<br><br>**TSC Accts Receivable Solutions**<br>**2701 Loker Avenue W**<br>**Carlsbad, CA 92010** | | | **Representing:**<br>**TSC Accts Receivable Solutions** | | | | **Notice Only** |
| Account No.<br><br>**Unique Building Concepts LLC**<br>**2514 E Mohawk Lane**<br>**Suite 101**<br>**Phoenix, AZ 85050** | C | | **08/2008**<br>**Services provided to Prescott Design Source, Inc.** | | | | **2,334.96** |
| Account No. **x9832**<br><br>**US Impact Inc.**<br>**PO Box 1746**<br>**Mandeville, LA 70470-1746** | C | | **11/2008**<br>**Collecting for Lumber Productions Inc.- Prescott Design Source** | | | | **4,322.31** |
| Account No. **xxxxxx2677**<br><br>**Valley Collection Service**<br>**PO Box 520**<br>**Glendale, AZ 85311** | | H | **Opened  7/01/08**<br>**Collecting for City of Prescott** | | | | **81.00** |

Sheet no. **31** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,814.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Stephen Shoemake,**
           **Megan Leanne Shoemake**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx0001** | | | | | **Opened  1/01/10  Last Active  3/31/11** **Utilities** | | | | |
| **Verizon Wireless** **500 Technology Drive** **Suite 550** **Weldon Spring, MO 63304** | | | W | | | | | | **438.00** |
| Account No. **5187810** | | | | | **Representing:** **Verizon Wireless** | | | | |
| **Sunrise Credit Services Inc.** **PO Box 9168** **Farmingdale, NY 11735-9168** | | | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx1672** | | | | | **Opened 11/01/01  Last Active  4/18/08** **Credit Card** | | | | |
| **Wells Fargo Card Services** **1 Home Campus** **3rd Floor** **Des Moines, IA 50328** | | C | | | | | | | **20,756.00** |
| Account No. **SH013-001** | | | | | **Representing:** **Wells Fargo Card Services** | | | | |
| **Hunter, Humphrey & Yavitz PLC** **2633 E Indian School Road** **Suite 440** **Phoenix, AZ 85016** | | | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx8966** | | | | | **Opened  4/01/98  Last Active  5/06/08** **Credit Card** | | | | |
| **Wells Fargo Card Services** **1 Home Campus** **3rd Floor** **Des Moines, IA 50328** | | | W | | | | | | **14,301.00** |

Sheet no. __**32**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,495.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Stephen Shoemake,**
　　　**Megan Leanne Shoemake**
_____,
　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7610** | | | | **12/2008**<br>**Credit card purchases** | | | | |
| **Wells Fargo Card Services**<br>**1 Home Campus**<br>**3rd Floor**<br>**Des Moines, IA 50328** | C | | | | | | | **3,083.84** |
| Account No. **xxxxx3232** | | | | **04/2008**<br>**Collecting for QWest Communications** | | | | |
| **West Asset Managment**<br>**7171 Mercy Road**<br>**Omaha, NE 68106** | C | | | | | | | **67.74** |
| Account No. | | | | **Investor** | | | | |
| **William Benninghoff**<br>**PO Box 11437**<br>**Prescott, AZ 86304** | C | | | | | | | **300,000.00** |
| Account No. | | | | **Representing:**<br>**William Benninghoff** | | | | **Notice Only** |
| **William Benninghoff**<br>**11295 Rawhide Trail**<br>**Skull Valley, AZ 86338** | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**33**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **303,151.58** |
| | Total<br>(Report on Summary of Schedules) | **4,688,514.20** |

B6G (Official Form 6G) (12/07)

.

In re    **Larry Stephen Shoemake,**                                              Case No. _____
         **Megan Leanne Shoemake**

_____,
                                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Larry Stephen Shoemake,**
       **Megan Leanne Shoemake**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Larry Stephen Shoemake** |
| Debtor 2 (Spouse, if filing) | **Megan Leanne Shoemake** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

<u>Official Form B 6I</u>

# Schedule I: Your Income
**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed <br> ☐ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | | **Driver** | **Banker** |
| Employer's name | | **La Provence Bakery** | **Chase Bank** |
| Employer's address | | **1370 West San Marcos Blvd. <br> San Marcos, CA 92078** | **7176 Avenida Encinas <br> Carlsbad, CA 92011** |
| How long employed there? | | 1 week | 5 Years 3 months |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 6,329.50 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 6,329.50 |

Debtor 1  **Larry Stephen Shoemake**
Debtor 2  **Megan Leanne Shoemake**                                      Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ 6,329.50 |
| 5. **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ 1,306.17 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 217.72 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 98.04 |
| 5e. **Insurance** | 5e. | $ | 0.00 | $ 227.65 |
| 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify:  **HSA Account** | 5h.+ | $ | 0.00 + | $ 46.89 |
|     Long term disability | | $ | 0.00 | $ 21.87 |
|     Life insurance | | $ | 0.00 | $ 15.75 |
|     Charitable deduction | | $ | 0.00 | $ 4.50 |
|     Group legal | | $ | 0.00 | $ 15.75 |
| 6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 1,954.34 |
| 7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 4,375.16 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8a. | $ | 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | | |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8c. | $ | 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ | 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** | | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Specify: | 8f. | $ | 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ | 0.00 + | $ 0.00 |
| 9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 0.00 | $ 0.00 |
| 10. **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 4,375.16 = | $ 4,375.16 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:                                                                                   11.  +$            0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                    12.  $       4,375.16

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑  No.
☐  Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Larry Stephen Shoemake** |
| Debtor 2 (Spouse, if filing) | **Megan Leanne Shoemake** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                     12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **8** | ☐ No   ■ Yes |
| **Son** | **11** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,800.00 |
| **If not included in line 4:** | | |
| 4a.     Real estate taxes | 4a. $ | 0.00 |
| 4b.     Property, homeowner's, or renter's insurance | 4b. $ | 8.00 |
| 4c.     Home maintenance, repair, and upkeep expenses | 4c. $ | 20.00 |
| 4d.     Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 **Larry Stephen Shoemake**
Debtor 2 **Megan Leanne Shoemake**        Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 190.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify:   Internet | 6d. $ | 46.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 700.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 355.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 190.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 700.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 93.94 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 208.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*.** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   School Expenses | | 21. +$ | 110.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 4,720.94 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 4,375.16 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,720.94 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -345.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re **Larry Stephen Shoemake**
    **Megan Leanne Shoemake**

                                                Debtor(s)

Case No. _____

Chapter   **7**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **52**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 30, 2014** _____

         Signature   **/s/ Larry Stephen Shoemake**_____
                     **Larry Stephen Shoemake**
                     Debtor

Date  **June 30, 2014** _____

         Signature   **/s/ Megan Leanne Shoemake**_____
                     **Megan Leanne Shoemake**
                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake**
        **Megan Leanne Shoemake**
                                         Debtor(s)
   Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$60,632.00** | **2012: Both Business & Employment Income** |
| **$113,959.26** | **2013: Both Business & Employment Income** |
| **$30,748.94** | **2014 YTD: Wife Employment Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT               SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Premier Merchant Processing**<br>**vs.**<br>**Larry & Megan Shoemake and Does 1 to 10**<br>**Case #: 37-2013-00031060-CU-CL-NC** | **Civil** | **Superior Court of CA, San Diego**<br>**County**<br>**North County Division**<br>**325 S. Melrose Drive**<br>**Vista, CA 92081** | **Judgment for**<br>**Plaintiff** |
| **Crossroads Ranch II**<br>**v.**<br>**Larry & Megan Shoemake**<br>**Case#: 201400526** | **Civil** | **Superior Court of Arizona**<br>**Yavapa County**<br>**120 South Cortez Street**<br>**Prescott, Arizona 86303** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Switzer Law Office**<br>**440 Civic Center Drive, Suite 102**<br>**Vista, CA 92084-6144** | **03/28/2014 - $900.00**<br>**04/04/2014 - $1000.00**<br>**04/14/2014 - $700.00** | **$2,600.00 (total balance paid)** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Start Fresh Today Inc.**<br>**25 East Washington, Suite 510**<br>**Chicago, IL 60602** | **04/14/2014** | **$59.00** |
| **Credit Infonet, Inc.**<br>**4540 Honeywell Court**<br>**Dayton, OH 45424** | **04/14/2014** | **$53.00** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|
| **Shoemake Revocable Trust**<br>**1932 Fairway Circle Drive**<br>**San Marcos, CA 92078**<br>  **Self** | **03/01/2005** | **All property in possession at the time trust was drafted in 2005** |

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14.  Property held for another person

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Minor Child**<br>**1932 Fairway Circle Drive**<br>**San Marcos, CA 92078** | **Custodial Account: 9580  value: $113.00** | **Wells Fargo Bank** |
| **Minor Child**<br>**1932 Fairway Circle Drive**<br>**San Marcos, CA 92078** | **Chase Plus Savings:  3700; Value: $0.23** | **Location:  JP Morgan Chase Bank, NA** |

---

### 15.  Prior address of debtor

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **670 Feather Drive**<br>**San Marcos, CA 92079** | **Larry Stephen Shoemake**<br>**Megan Leanne Shoemake** | **08/2010-08/2011** |

---

### 16. Spouses and Former Spouses

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)

6

| None | |
|---|---|
| ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Hayden Zane Construction** | | **18950 N. Silverado Drive Prescott, AZ 86303** | **Construction** | **01/25/05-07/06/09** |
| **Prescott Design Source** | **Tax ID#: 20-8846578** | **18950 N. Silverado Drive Prescott, AZ 86303** | **Doors & Windows Construction** | **04/16/07-10/07/08** |
| **Larry Stephen Shoemake** | **4709** | **1932 Fairway Circle Drive San Marcos, CA 92078** | **Real Estate** | **03/2014-present** |

| None | |
|---|---|
| ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

| None | |
|---|---|
| ■ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

| None | |
|---|---|
| ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)
7

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                           ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                               DATE ISSUED

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                           NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                         DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE                           DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                    DATE AND PURPOSE               AMOUNT OF MONEY
OF RECIPIENT,                     OF WITHDRAWAL                  OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                           VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 30, 2014**                    Signature    **/s/ Larry Stephen Shoemake**
                                                          **Larry Stephen Shoemake**
                                                          Debtor

Date  **June 30, 2014**                    Signature    **/s/ Megan Leanne Shoemake**
                                                          **Megan Leanne Shoemake**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake**
        **Megan Leanne Shoemake**

                                              Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                                              Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bali Hai Villas Ltd Partners** | **Describe Property Securing Debt:**<br>Undivided 1/1102nd Time share interest<br>Apt. No: 626 Pahio at Bali Hai Villas<br>**Location:  Hawaii** |

Property will be (check one):
&#9632; Surrendered                              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                              &#9632; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**City of Prescott** | **Describe Property Securing Debt:**<br>8 vacant acres [unmarketable]<br>Parcel #:  306-47-204D1<br> Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel,<br>PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85<br>35-17-3W CONT 25.23AC<br>**Location:  Arizona** |

Property will be (check one):
&#9632; Surrendered                              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                              &#9632; Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Crossroads Ranch II** | **Describe Property Securing Debt:**<br>8 vacant acres [unmarketable]<br>Parcel #:  306-47-204D1<br> Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel,<br>PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85<br>35-17-3W CONT 25.23AC<br>**Location:  Arizona** |

B8 (Form 8) (12/08)                                                                                            Page 3

Property will be (check one):
   ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Yavapai County Treasurer** | **Describe Property Securing Debt:**<br>**8 vacant acres [unmarketable]**<br>**Parcel #:  306-47-204D1**<br>**Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel,**<br>**PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85**<br>**35-17-3W CONT 25.23AC**<br>**Location:  Arizona** |

Property will be (check one):
   ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June 30, 2014** _____    Signature    **/s/ Larry Stephen Shoemake** _____
                                                   **Larry Stephen Shoemake**
                                                   Debtor

Date   **June 30, 2014** _____    Signature    **/s/ Megan Leanne Shoemake** _____
                                                   **Megan Leanne Shoemake**
                                                   Joint Debtor

# United States Bankruptcy Court
## Southern District of California

In re    **Larry Stephen Shoemake**
       **Megan Leanne Shoemake**

                        Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,600.00** |
| Prior to the filing of this statement I have received | $ | **2,600.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Exemption planning.**
        **Rights and Responsibilities Agreement between Debtor(s) and Their Attorneys incorporated herein by reference.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions, or initiating or defending any other motion, contested matter, litigation, or adversary proceeding. Any additional services, if necessary, performed per written fee agreement available to Trustee upon request, and disclosed per FRBP 2016(b).**

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 30, 2014**

                    **/s/ J. Edward Switzer, Jr.**
                    **J. Edward Switzer, Jr. 73922**
                    **Switzer Law Office**
                    **440 Civic Center Drive, Suite 102**
                    **Vista, CA 92084-6144**
                    **760-758-2960   Fax: 760-758-5530**

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.
**J. Edward Switzer, Jr. 73922**
**440 Civic Center Drive, Suite 102**
**Vista, CA 92084-6144**
**760-758-2960**
**73922**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Larry Stephen Shoemake**
**Megan Leanne Shoemake**

BANKRUPTCY NO.

Tax I.D. / S.S. #: **xxx-xx-4709/xxx-xx-4083**

Debtor.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
## AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.  Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.  Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.  Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.  Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10. File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11. Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12. Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.  Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.  Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.  Opposing Motions for Relief from Stay;

4.  Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.  Redemption Motions and hearings on Redemption Motions;

6.  Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.  Representation in a Motion to Dismiss or Convert debtor's case;

8.  Motions to Reinstate or Extend the Automatic Stay;

9.  Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

## III.
## Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1. Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2. Defense of a Complaint objecting to discharge;

3. Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4. Sheriff levy releases;

5. Section 522(f) Lien Avoidance Motions;

6. Opposing a request for, or appearing at a 2004 examination;

7. All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8. Motions or other proceedings to enforce the automatic stay or discharge injunction;

9. Filing or responding to an appeal;

10. An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

## IV.
## Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1. Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2. List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3. Provide accurate and complete financial information;

4. Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5. Cooperate and communicate with your attorney;

3

6.      Discuss the objectives of the case with your attorney before you file;

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.     Timely file all statutorily required tax returns;

11.     Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.     Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.     Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.     Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.     Pay all required fees prior to the filing of the case;

16.     Promptly pay all required fees in the event post filing fees are incurred;

17.     Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **June 30, 2014**                                    **/s/ Larry Stephen Shoemake**
                                                             **Larry Stephen Shoemake**
                                                             Debtor

Dated:  **June 30, 2014**                                    **/s/ Megan Leanne Shoemake**
                                                             **Megan Leanne Shoemake**
                                                             Debtor

Dated:  **June 30, 2014**                                    **/s/ J. Edward Switzer, Jr.**
                                                             **J. Edward Switzer, Jr. 73922**
                                                             Attorney for Debtor(s)

4

B 201A (07/13)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B [07/08/13]

Name, Address, Telephone No. & I.D. No.
**J. Edward Switzer, Jr. 73922**
**440 Civic Center Drive, Suite 102**
**Vista, CA 92084-6144**
**760-758-2960**
**73922**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Larry Stephen Shoemake**
**Megan Leanne Shoemake**

BANKRUPTCY NO.

Debtor.

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Larry Stephen Shoemake** | | |
|---|---|---|
| **Megan Leanne Shoemake** | X **/s/ Larry Stephen Shoemake** | **June 30, 2014** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ Megan Leanne Shoemake** | **June 30, 2014** |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.
B 201B

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**J. Edward Switzer, Jr. 73922**
**440 Civic Center Drive, Suite 102**
**Vista, CA 92084-6144**
**760-758-2960**
**73922**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Larry Stephen Shoemake**
**Megan Leanne Shoemake**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.    TOTAL NO. OF CREDITORS: **161**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.    TOTAL NO. OF CREDITORS:_____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **June 30, 2014**        **/s/ Larry Stephen Shoemake**
                                   **Larry Stephen Shoemake**
                                   Signature of Debtor

Date: **June 30, 2014**        **/s/ Megan Leanne Shoemake**
                                   **Megan Leanne Shoemake**
                                   Signature of Debtor

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008 (Page 2) [08/21/00]

# INSTRUCTIONS

1)   Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)   A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)   A new petition is filed.  Diskette required.

    b)   A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)   An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)   The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)   CONVERSIONS:

    a)   When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)   For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)   AMENDMENTS AND BALANCE OF SCHEDULES:

    a)   <u>Scannable matrix format required.</u>

    b)   The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)   Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)   Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

A&E Reprographics
1030 Sandretto Drive Suite F
Prescott, AZ 86305


Adorno & Yoss LLP
1625 South Congress Avenue
Suite 300
Delray Beach, FL 33445


Advanced Insulation
6952 NW Grand Avenue
Glendale, AZ 85301


Advanced Insulation Inc.
PO Box 1351
Prescott, AZ 86302


Alfonso Trujillo & Assoc. PLLC
1859 N. Rosemont
Mesa, AZ 85205


Allen & Associates
147 Willis Avenue
Mineola, NY 11501


Allied Collection Services
8550 Balboa Blvd.
Suite 232
Northridge, CA 91325


American Agencies of CA LLC
721 North 530 East
Orem, UT 84097


American Commercial Credit Svc
ACCS
PO Box 11310
Phoenix, AZ 85061-1310

American Express
PO Box 3001
16 General Warren Blvd.
Malvern, PA 19355


Amerigas
460 North Gulph Road
King of Prussia, PA 19406


Arizona Home Centers
676 N. 6th Street
Prescott, AZ 86301


Arizona State University
PO Box 870303
Tempe, AZ 85287-0303


ARSI
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


Aspen Collections
PO Box 5129
Spring Hill, FL 34611


Aspen National Collections LLC
18110 Powell Road
Brooksville, FL 34604


ATI
23175 N. 23rd Avenue
Phoenix, AZ 85027


Atkinson Law Office
1550 West Plaza Drive
Suite 400
Prescott, AZ 86303

Avon Plastics Inc.
1 Mastermark Drive
Albany, MN 56307


B & W Fire Security Systems
8737 E. Florentine Road
Prescott Valley, AZ 86314


Bali Hai Villas Ltd Partners
8427 South Park Circle
Suite 500
Orlando, FL 32819


Ballard Truss
3600 N. Highway 77
Snowflake, AZ 85937


Bank of America
4060 Ogletown/Stanton Rd
Newark, DE 19713


Barrett Propane
1555 W. Iron Springs Road
Suite 5
Prescott, AZ 86305


Becky Howard
160 Juniper Ridge Drive
Prescott, AZ 86301


Bella Construction
PO Box 12904
Prescott, AZ 86304


Best Buy
7601 Penn Avenue South
Minneapolis, MN 55423

Brennan Aire Inc
8280 E Long Mesa Drive
Prescott Valley, AZ 86314


Bruce & Kathleen Benson
1046 Vantage Point Circle
Prescott, AZ 86301


Buchalter Nemer
16435 N. Scottsdale Road
Suite 440
Scottsdale, AZ 85254-1754


Bureau of Medical Economics
326 E. Coronado Road
Suite 205
Phoenix, AZ 85004


Burt & Associates
6700 Pinecrest Drive
Suite 150
Plano, TX 75024


Buzz & Karen Graziani
22106 East Chestnut Place
Aurora, CO 80016


C&R Trucking
PO Box 1463
Chino Valley, AZ 86323


Cable One
1314 N. 3rd Street
Phoenix, AZ 85004


California Business Bureau
Attn: Bankruptcy
PO Box 5010
Monrovia, CA 91017

```
Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130


Capital Managment Services LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Carpenter Hazlewood
1400 East Southern Avenue
Suite 400
Tempe, AZ 85282-5691


CAT Financial
Caterpillar Financial Services
PO Box 340001
Nashville, TN 37203-0001


Cedar Supply Company, dba
Rocky Mountain Forest Products
11722 W. 44th Avenue
Wheat Ridge, CO 80033


Cen-Vac Systems
345 N. Washington Avenue
Prescott, AZ 86301


Central Credit Services Inc.
PO Box 15118
Jacksonville, FL 32239-5118


Chase
Attn: Bankrutpcy Department
PO Box 10587
Greenville, SC 29603
```

```
Citizens Bank
Attn: Bankruptcy Dept
443 Jefferson Blvd. MS RJW-135
Warwick, RI 02886


City of Prescott
PO Box 2059
Prescott, AZ 86302-2059


City of Prescott
Sale Tax Dept.
PO Box 2077
Prescott, AZ 86302-2077


City of Prescott
Legal Department
221 S. Cortez
Prescott, AZ 86303


City of Prescott
201 S Cortez
PO Box 2077
Prescott, AZ 86302


CMRE Financial Services
3075 Imperial Hwy #200
Brea, CA 92821-6753


Coast Professional Inc.
PO Box 2876
West Monroe, LA 71294-9945


Colombo Waterproofing & Rubber
PO Box 3123
Prescott, AZ 86302


Colorado Casualty
PO Box 85830
San Diego, CA 92186-5830
```

Conn Pest Control
PO Box 26447
Prescott Valley, AZ 86312


Conrad Credit Corporation
Attn:Bankruptcy Dept
476 W Vermont Avenue
Escondido, CA 92025


Contractors Termite
PO Box 12469
Prescott, AZ 86304


Creative Outdoor LLC
302 Willis Street
Suite 107
Prescott, AZ 86301


Creative Touch Interiors
1720 E Grant Street
Scottsdale, AZ 85254


Credit Management LP
4200 International Parkway
Carrollton, TX 75007-1906


Crossroads Ranch II
Property Owners Association
15407 N. Crossroads Ranch Road
Prescott, AZ 86305


Darcy Howard
160 Juniper Ridge Drive
Prescott, AZ 86301


Darko Baricevic
1926 E. Cactus Wren
Phoenix, AZ 85020

David Griffin
5540 W. Irma Lane
Glendale, AZ 85306


David Stocking CPA Ltd.
5080 North 40th Street
Suite 275
Phoenix, AZ 85018


Dex
3190 S. Vaughn Way 6 North
Aurora, CO 80014


Dorothy Sutton
8388 N. 97th Avenue
Peoria, AZ 85345


Engineering & Testing Consult
417 N. Arizona Street
Prescott, AZ 86301


Eric & Sons Inc.
PO Box 11475
Prescott, AZ 86304


Escondido Dermatology
504 W Mission Ave #101
Escondido, CA 92025


Estancia De Prescott Phase I
3205 Lakeside Village Drive
Prescott, AZ 86301


Euler Hermes UMA
369 Pine Street
Suite 410
San Francisco, CA 94104-3310

Fairshare Plus by Wyndham
PO Box 98940
Las Vegas, NV 89193-8940


Favour Moore & Wilhelmsen PA
PO Box 1391
Prescott, AZ 86302


Fed Loan Serv
PO Box 69184
Harrisburg, PA 17106


FIA Card Services
1100 North King Street
Wilmington, DE 19801


Floorworks
6321 Emporer Drive
Suite 201
Orlando, FL 32809


Floorworks
3100 Cumberland Blvd.
Suite 1700
Atlanta, GA 30339


Fortis Capital
401 Edwards Street
Shreveport, LA 71101


Frank J. McGuire Trust; PMB 38
Kurt Tittleback, Trustee
4727 E. Bell Road, Suite 45
Phoenix, AZ 85032


Frost Structural Engineering
2100 Centerpointe West Drive
Prescott, AZ 86301

```
Gale Insulation
11582 E Santa Fe Loop
Suite B
Prescott, AZ 86305


Gale Insulation
260 Jimmy Ann Drive
Daytona Beach, FL 32114


General Revenue Corp
4660 Duke Drive
Mason, OH 45040


Get Paid Arizona Inc.
PO Box 22001
Mesa, AZ 85208


GEXPRO
1000 Bridgeport Avenue
Shelton, CT 06484


Gregory G. McGill PC
Scottsdale Collection Services
2501 W Dunlap Ave., Ste. 240
Phoenix, AZ 85021-2726


Gurstel Staloch & Chargo PA
64 E Broadway Road, Suite 255
Tempe, AZ 85282


Gurstel Staloch & Chargo PA
64 E Broadway Road
Suite 255
Tempe, AZ 85282


Hanson Aggregates of AZ Inc.
44605 US Highway 60 89
Wickenburg, AZ 85390
```

Hassayampa Community HOA
PO Box 10000
Prescott, AZ 86304


Hassayampa Golf Club
2060 Golf Club Lane
Prescott, AZ 86303


HD Supply Inc.
3100 Cumberland Blvd.
Suite 1480
Atlanta, GA 30339


Hollins Law
2601 Main Street
Penthouse Suite 1300
Irvine, CA 92614-4239


Household Finance Corp
26525 N. Riverwoods Blvd.
Lake Forest, IL 60045


Hughes Supply
3100 N. Highway 89
Prescott, AZ 86301


Hunter, Humphrey & Yavitz PLC
2633 E Indian School Road
Suite 440
Phoenix, AZ 85016


James A. Simmons, Esq.
107 North Cortez
Suite 300
Prescott, AZ 86301

James H. Hazelwood &
Kellie J. Callahan
1400 E. Southern Ave. #400
Tempe, AZ 85282


Jeff R. Ortega
21627 N. 55th Drive
Glendale, AZ 85308


Joyce Repp
5401 W. Dailey Street
Apt. 1063
Glendale, AZ 85306


Kachina Roofing Inc.
3118 W. Thoas Road
Suite 722
Phoenix, AZ 85017


Keith Smith Excavation LLC
8342 Long Mesa Drive
Suite C
Prescott Valley, AZ 86314


Kenneth, Eisen & Associates
Attn: Bankruptcy
PO Box 7370
Phoenix, AZ 85011


LabCorp
PO Box 2240
Burlington, NC 27216-2240


Lumber Products Inc.
c/o Coface Collections North
PO Box 8471
Metairie, LA 70011

M & I Marshall & Isley Bank
770 North Water Street
Milwaukee, WI 53202


Mark N. Goodman
Goodman Law Firm
PO Box 2489
Prescott, AZ 86302-2489


Masco Contractor Services
11610 E Santa Fe Loop
Dewey, AZ 86327


Michael A. Macera
4001 N 3rd Street
Suite 480
Phoenix, AZ 85012


Michael Bosco Jr., Trustee
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016


Michael J. Fuller
3030 North Third Street
Suite 200
Phoenix, AZ 85012


Michael W. Wright, Esq.
for Creative Touch Interiors
7047 E Greenway Pkwy #155
Scottsdale, AZ 85254


Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123

Midvale Telephone Exchange Inc
PO Box 7
Midvale, ID 83645


Mountain Top Plumbing
977 Heather Lane
Chino Valley, AZ 86323


Musgrove, Drutz & Kack PC
1135 W. Iron Spring Road
PO Box 2720
Prescott, AZ 86302-2720


National Credit Management
PO Box 32900
Saint Louis, MO 63132-8900


NCB Management Service
1 Allied Drive
Trevose, PA 19053


NCO Financial Systems Inc
Dept. 300
1804 Washington Blvd.
Baltimore, MD 21230


Neumann High Country Doors
6313 E Copper Hill Drive
Prescott Valley, AZ 86314


Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439


Pahio at Bali Villas
Interval Owners Association
PO Box 29350
Honolulu, HI 96820-1750

Patriot Disposal Inc.
PO Box 26296
Prescott Valley, AZ 86312


Paul Johnson Drywall Inc.
PO Box 4337
Prescott, AZ 86302


Phillips & Cohen Assoc. LLC
1002 Justison Street
Wilmington, DE 19801


PHML, LLC
404 N. Central Avenue #950
Phoenix, AZ 85012


Pinnacle Credit Service
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343


Premier Merchant Processing
6851 Jericho Turnpike
Suite 185
Syosset, NY 11791


Premier Merchant Processing
3601 Hempstead Turnpike
Levittown, NY 11756


Prescott Lakes Golf & Country
PO Box 4218
Prescott, AZ 86302


Prescott Winnelson Co.
3221 Tower Road
Prescott, AZ 86305

RGS Financial
PO Box 852039
Richardson, TX 75085-2039


RLI Insurance Co
9025 North Lindbergh Drive
Peoria, IL 61615-1499


Robert J. Colclough, III
8550 Balboa Blvd.
Suite 232
Northridge, CA 91325


Scripps Billing
10666 N Torrey Pines Rd SV4
La Jolla, CA 92037


Scripps Clinic
Patient Financial Services
10150 Sorrento Valley Rd. #200
San Diego, CA 92121


Sentry Credit Inc.
2809 Grand Avenue
Everett, WA 98201


Shoemake/Rodriguez
Estancia De Prescott
5875 W. Del Lego Circle
Glendale, AZ 85308


Stephen D. Burton & Assoc.
5450 East Fifth Street
Tucson, AZ 85711


Stuart Allan & Associates
5447 E 5th Street
Suite 110
Tucson, AZ 85711

Sun State Lumber/Truss
13550 W Peoria Avenue
Suite 2
Surprise, AZ 85379


Sunrise Credit Services Inc.
PO Box 9168
Farmingdale, NY 11735-9168


The Cavanagh Law Firm
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004


The Towne Scribe
222 South Montezuma
Prescott, AZ 86303


Tiffany & Bosco
3rd Fl. Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240


Tom & Becky Giler
1801 N. Arrowhead Drive
Prescott, AZ 86305


Toyota Motor Credit Services
PO Box 2730
Mail Stop WF22
Torrance, CA 90509-2730


TSC Accounts Receivable Sol.
2701 Loker Avenue West
Suite 270
Carlsbad, CA 92010

TSC Accts Receivable Solutions
2103 S El Camino Real #201
Oceanside, CA 92054


TSC Accts Receivable Solutions
2701 Loker Avenue W
Carlsbad, CA 92010


Unique Building Concepts LLC
2514 E Mohawk Lane
Suite 101
Phoenix, AZ 85050


US Impact Inc.
PO Box 1746
Mandeville, LA 70470-1746


Valley Collection Service
PO Box 520
Glendale, AZ 85311


Verizon Wireless
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328


West Asset Managment
7171 Mercy Road
Omaha, NE 68106


William Benninghoff
PO Box 11437
Prescott, AZ 86304

```
William Benninghoff
11295 Rawhide Trail
Skull Valley, AZ 86338


Wyndham Vacation Resorts
PO Box 98940
Las Vegas, NV 89193-8940


Wyndham Vacations
10750 W Charleston
Las Vegas, NV 89135


Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305
```

B22A (Official Form 22A) (Chapter 7) (04/13)

| | |
|---|---|
| In re **Larry Stephen Shoemake** **Megan Leanne Shoemake** Debtor(s) Case Number: (If known) | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): ☐ **The presumption arises.** ■ **The presumption does not arise.** ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and ☐ I remain on active duty /or/ ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; OR b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                        2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |

| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 1,166.67 | $ 6,120.03 |
|---|---|---|---|

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | | Debtor | Spouse | | |
|---|---|---|---|---|---|---|
| | a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| | b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | | Debtor | Spouse | | |
|---|---|---|---|---|---|---|
| | a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | | Debtor | Spouse | | |
|---|---|---|---|---|---|---|
| | a. | | $ | $ | | |
| | b. | | $ | $ | | |
| | Total and enter on Line 10 | | | | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 1,166.67 | $ 6,120.03 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                    3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **7,286.70** |
|----|----|----|----|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **87,440.40** |
|----|----|----|----|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  **CA**   b. Enter debtor's household size:  **4** | $ | **76,211.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | | $ | **7,286.70** |
|----|----|----|----|----|----|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | | |
| | a. | | $ | | |
| | b. | | $ | | |
| | c. | | $ | | |
| | d. | | $ | | |
| | Total and enter on Line 17 | | | $ | **0.00** |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | | $ | **7,286.70** |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | | $ | **1,482.00** |
|----|----|----|----|----|----|

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |
|----|----|

| Persons under 65 years of age | | | Persons 65 years of age or older | | | | |
|----|----|----|----|----|----|----|----|
| a1. | Allowance per person | 60 | a2. | Allowance per person | 144 | | |
| b1. | Number of persons | 4 | b2. | Number of persons | 0 | | |
| c1. | Subtotal | 240.00 | c2. | Subtotal | 0.00 | $ | **240.00** |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | | $ | **609.00** |
|----|----|----|----|----|----|

B22A (Official Form 22A) (Chapter 7) (04/13)     4

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 2,550.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 0.00 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 2,550.00 |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ 0.00 |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ■ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 1,002.00 |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ■ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 517.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 517.00 |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 517.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 517.00 |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 1,433.37 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                        5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 0.00 |
|---|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 113.12 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | 0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 355.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 46.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | 8,864.49 |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |  |
|---|---|---|---|
| | <table><tr><td>a.</td><td>Health Insurance</td><td>$</td><td>270.90</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td><td>19.44</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td><td>41.68</td></tr></table> | $ | 332.02 |
| | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ _____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                              6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
|----|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 4.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | 336.02 |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |  |
|----|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | City of Prescott | **8 vacant acres [unmarketable] Parcel #: 306-47-204D1 Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel, PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC Location: Arizona** | $ 214.51 | ■yes ☐no |
| b. | Crossroads Ranch II | **8 vacant acres [unmarketable] Parcel #: 306-47-204D1 Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel, PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC Location: Arizona** | $ 79.28 | ☐yes ■no |
| c. | Yavapai County Treasurer | **8 vacant acres [unmarketable] Parcel #: 306-47-204D1 Crossroads Ranch Ph V AMND LS 41/85 an irregular parcel, PTN PCL 119; NW4 Being NW COR PCL 119, PER LS 41/85 35-17-3W CONT 25.23AC Location: Arizona** | $ 71.84 | ■yes ☐no |
| | | | Total: Add Lines | $ 365.63 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |  |
|----|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | -NONE- | | $ |
| | | Total: Add Lines | $ 0.00 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                                   7

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | | | $ | 0.00 |
|---|---|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | | |
| | a. | Projected average monthly chapter 13 plan payment. | $ | | 0.00 |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | | 5.60 |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ | 0.00 |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | | | $ | 365.63 |

| | **Subpart D: Total Deductions from Income** |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | 9,566.14 |
|---|---|---|---|

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** |
|---|---|

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ | 7,286.70 |
|---|---|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ | 9,566.14 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | -2,279.44 |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -136,766.40 |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | | |
| 53 | **Enter the amount of your total non-priority unsecured debt.** | $ | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** |
|---|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

| | **Part VIII. VERIFICATION** |
|---|---|

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                    **8**

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |

Date:  __**June 30, 2014**__          Signature:  __**/s/ Larry Stephen Shoemake**__

**Larry Stephen Shoemake**
*(Debtor)*

Date:  __**June 30, 2014**__          Signature  __**/s/ Megan Leanne Shoemake**__

**Megan Leanne Shoemake**
*(Joint Debtor, if any)*

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2013** to **05/31/2014**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Fixtures Living Inc.**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2013 | $3,500.00 |
| 5 Months Ago: | 01/2014 | $3,500.00 |
| 4 Months Ago: | 02/2014 | $0.00 |
| 3 Months Ago: | 03/2014 | $0.00 |
| 2 Months Ago: | 04/2014 | $0.00 |
| Last Month: | 05/2014 | $0.00 |
| | Average per month: | $1,166.67 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                                    **10**

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **12/01/2013** to **05/31/2014**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **JP Morgan Chase Bank**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **12/2013** | **$4,208.45** |
| 5 Months Ago: | **01/2014** | **$6,002.36** |
| 4 Months Ago: | **02/2014** | **$7,254.40** |
| 3 Months Ago: | **03/2014** | **$7,310.44** |
| 2 Months Ago: | **04/2014** | **$5,112.52** |
| Last Month: | **05/2014** | **$6,831.99** |
| | Average per month: | **$6,120.03** |